FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2016

No. 04-16-00535-CV

**SAN ANTONIO RIVER AUTHORITY**,
Appellant

v.

**AUSTIN BRIDGE & ROAD, L.P. AND HAYWARD BAKER INC**.,
Appellee(s)

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 15-12-23406-CV
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

This court has determined this appeal is appropriate for referral to alternative dispute resolution (ADR). 4TH TEX. APP. (SAN ANTONIO) LOC. R. 2. All further communications with this court by the parties regarding ADR shall be directed to the clerk of the court.

All parties are ORDERED to respond in writing by October 20, 2016 stating: (1) any objection to mediation; and (2) whether the parties agree on the selection of a mediator and, if so, the name and address of the mediator of their choice.

If the parties agree to mediation and select a mediator, this court will issue an order suspending all appellate deadlines for forty-five days to allow the parties to concentrate on the scheduling and completion of the mediation process.

Is it so **ORDERED** on October 10, 2016.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on October 10, 2016.

Keith E. Hottle, Clerk